IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN ALFREY : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:04-cv-00151 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| AK STEEL CORPORATION : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that Defendant AK Steel's Motion for Summary Judgment is hereby GRANTED (doc. 22). This matter is DISMISSED.

11/8/05                                                      James Bonini, Clerk


                                                             s/Kevin Moser
                                                             Kevin Moser
                                                             Deputy Clerk